**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 13-cv-02750-CMA-CBS

VERNELDA BONET,

    Plaintiff,

v.

ENHANCED RECOVERY COMPANY, LLC, a Delaware limited liability company,

    Defendant.

___

**ORDER OF DISMISSAL WITH PREJUDICE**
___

Pursuant to and in accordance with Fed .R. Civ. P. 41(a)(1)(A)(i) and the Plaintiff's Notice of Dismissal With Prejudice (Doc. # 6), it is hereby

ORDERED that this case is DISMISSED WITH PREJUDICE, each party to pay his or its own attorney fees and costs.

DATED: October  22 , 2013

                                    BY THE COURT:

                                    _____
                                    CHRISTINE M. ARGUELLO
                                    United States District Court Judge